[No. 45692-0-I.   Division One.   February 12, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. CATHERINE K. VINCENT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00709-0, Joseph A. Thibodeau, J., entered November 19, 1999. *Remanded* by unpublished per curiam opinion.

[No. 45634-2-I.   Division One.   February 12, 2001.]

LEAH E. McKENZIE, *Appellant*, v. MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-17009-1, Richard A. Jones, J., entered October 22, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45572-9-I.   Division One.   February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. M.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-02775-4, John M. Darrah, J., entered November 4, 1999. *Affirmed* by unpublished per curiam opinion.

[Nos. 45483-8-I; 46058-7-I.   Division One.   February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW JAY BECHTEL, *Appellant*.
*In the Matter of the Personal Restraint of* MATTHEW JAY BECHTEL, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02395-8, Norma Smith Huggins, J., entered October 22, 1999, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Becker, J., concurred in by Agid, C.J., and Baker, J.